**No. 09-7073. Carlos Rashad Gould, Petitioner v. United States.**

559 U.S. 1065, 130 S. Ct. 2139, 176 L. Ed. 2d 719, 2010 U.S. LEXIS 3302.

April 19, 2010. Motion of petitioner for appointment of counsel granted. David L.

Horan, Esquire, of Dallas, Texas is appointed to serve as counsel for the petitioner in this case.